IN THE CIRCUIT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

TYO HODGINS,

    Plaintiff

v.

OLD REPUBLIC INSURANCE COMPANY, et al.,

    Defendants

Case No. **C-16-CV-24-002524**

Trial Date: June 23, 2025

## STIPULATION OF DISMISSAL (PARTIAL)

Please enter all Claims and Cross Claims filed by and against Defendants James Yuhase and Jatnna Gomez as dismissed with prejudice.

Plaintiff's case against Defendant Old Republic Insurance Company remains **OPEN**.

/s/ *Ashley Strandjord* with permission
Ashley Strandjord
Chasen Boscolo Injury Lawyers
8280 Willow Oaks Corporate Drive Suite 810
Fairfax, Virginia 22031
703-538-1138
CPF ID: 1912050019
astrandjord@chasenboscolo.com
Counsel for Plaintiff Hodgins


/s/ *James Brault* with permission
James Brault
Brault Graham
101 S. Washington Street
Rockville, MD 20850
301-424-1060
CPF ID:
jmb@braultgraham.com
Counsel for Defendant Yuhase

/s/ *Chandrima Chakrabarti*
Chandrima Chakrabarti
John M. Dahut & Associates
8757 Georgia Avenue, Suite 650
Silver Spring, MD 20910
301-587-9626
CPF ID: 8912180106
nchakrabarti@geico.com
Counsel for Defendant Jatnna Gomez


/s/ *Timothy Willman* with permission
Timothy Willman
Brandley Arant Boult Cummings, LLP - DC
1615 L Street, N.W.
Suite 1350
Washington, DC 20036
CPF ID: 1812120194
twillman@bradley.com
Counsel for Defendant Old Republic


/s/ *Samuel Dearstyne* with permission
Samuel Dearstyne
Bradley Arant Boult Cummings
214 N. Tryon Street
Charlotte, NC 28202
704-338-6023
sdearstyne@bradley.com
Counsel for Defendant Old Republic